```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                   CASE NO. 14-62126-CIV-ZLOCH
```

OSMOND MORRIS,

      Plaintiff,

vs.                                           **O R D E R**

OCWEN LOAN SERVICING, LLC,

      Defendant.

_____/

    THIS MATTER is before the Court upon Plaintiff's Motion For Leave To Amend The Amended Complaint By Interlineation (DE 19). The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

    Rule 15 of the Federal Rules of Civil Procedure provides that leave to amend a pleading should be freely given "when justice so requires." Fed. R. Civ. P. 15(a)(2). The Supreme Court has held that district courts are required to grant such leave to amend in the absence of reasons for denial such as "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of the amendment, etc." Foman v. Davis, 371 U.S. 178, 182 (1962). The Eleventh Circuit has held that "[u]nless there is a substantial reason to deny leave to amend, the discretion of the district court is not broad enough to permit denial." Epsey v. Wainwright, 734 F.2d 748, 750 (11th Cir. 1984) (quoting Dussouy v. Gulf Coast Investment Corp., 660 F.2d 594, 597 (5th Cir. 1981))(brackets in original). After careful review of the entire

record, the Court finds no substantial reason to deny the instant Motion.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion For Leave To Amend The Amended Complaint By Interlineation (DE 19) be and the same is hereby **GRANTED**; and

2. By noon on Friday, April 3, 2015, Plaintiff be and the same is hereby **DIRECTED** to file his Amended Complaint.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   23rd   day of March, 2015.

*[signature]*
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record